IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONIX TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PUBLICATIONS INTERNATIONAL, LTD.<br>and SD-X INTERACTIVE, INC.,<br><br>Defendants. | Case No. 13-cv-2082<br><br>JURY DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff SONIX TECHNOLOGY CO., LTD ("Sonix" or "Plaintiff'), hereby complains and alleges against Defendants PUBLICATIONS INTERNATIONAL, LTD. and SD-X INTERACTIVE, INC. (collectively "Defendants") as follows:

1. Plaintiff Sonix is a company organized and existing under the laws of the country of Taiwan, having a principal place of business in Chupei City, Hsinchu, Taiwan.

2. On information and belief, Defendant Publications International, Ltd.

1

("PIL") is a corporation organized and existing under the laws of the State of Illinois, having its principal place of business in Lincolnwood, Illinois, within this Judicial District.

3. On information and belief, Defendant SD-X Interactive, Inc. ("SD-X") is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business in Lincolnwood, Illinois, within this Judicial District. On information and belief, SD-X has common ownership to PIL.

## JURISDICTION AND VENUE

4. This is a civil action for patent infringement arising under the patent laws of the United States of America, 35 U.S.C. § 1, *et seq.*

5. This Court has jurisdiction over the subject matter of the Complaint pursuant to 28 U.S.C. §§ 1331 & 1338.

6. This Court has personal jurisdiction over Defendants because Defendants reside and conduct business in this Judicial District.

7. Venue is proper under 28 U.S.C. §§1391(b) and (c) and 1400(b) because all of the Defendants reside in this Judicial District and because Defendants are subject to personal jurisdiction in this Judicial District.

## GENERAL ALLEGATIONS

8. Established in 1996, Sonix has grown to become a leading international

developer of integrated circuits and related products used in a wide range of applications including video, image, and USB controllers.

9. With the majority of its employees focused on research and development, Sonix creates and applies proprietary technologies to the design of its entire range of products.

10. On February 12, 2008, United States Patent No. 7,328,845 C2 (the '845 patent), on an invention entitled "Method for Producing Indicators and Processing Apparatus and System Utilizing the Indicators," was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '845 patent is attached hereto as Exhibit 1.

11. Subsequent to its grant, the '845 has been twice re-examined for which Ex Parte Reexamination Certificates have been issued on Dec. 27, 2011 and December 26, 2012.

12. The '845 patent has been in force and effect since its issuance. Sonix has been at all times, and still is, the owner of the entire right, title and interest in and to the '845 patent.

13. Defendants make and sell in the United States a variety of products that use a pen-like electronic reader and associated encoded printed materials, e.g., books and globes. When the electronic reader is placed near the surface of the printed materials, the electronic reader emits spoken words and/or sound effects (hereinafter "Accused Products").

.

## COUNT I (INFRINGEMENT OF THE '845 PATENT)

14. Sonix realleges and incorporates the previous paragraphs of this Complaint as though set forth in full herein.

15. Defendants have used, offered for sale, sold and/or caused to be imported into the United States products, including at the Accused Products, which literally and under the doctrine of equivalents infringe one or more claims of the '845 patent in violation of 35 U.S.C. §271.

16. Sonix has been damaged and has suffered irreparable injury due to acts of infringement by Defendants and will continue to suffer irreparable injury unless Defendants' activities are enjoined.

17. Sonix has suffered and will continue to suffer substantial damages by reason of Defendants' acts of patent infringement alleged above, and Sonix is entitled to recover from Defendants the damages sustained as a result of Defendants' acts.

18. Defendants have willfully and deliberately infringed the '845 patent in disregard of Sonix's rights.

## PRAYER FOR RELIEF

WHEREFORE, Sonix prays that judgment be entered by this Court in its favor and against Defendants as follows:

A. That Defendants have infringed the '845 patent;

B. Permanently enjoining and restraining Defendants, their agents, affiliates, subsidiaries, servants, employees, officers, directors, attorneys and those

persons in active concert with or controlled by Defendants from further infringing the '845 patent;

  C.  That Defendants' infringement of the '845 patent was willful;

  D.  For an award of damages adequate to compensate Sonix for that damages it has suffered as a result of Defendants' conduct, including pre-judgment interest and a trebling of such damages due to Defendants' willful infringement;

  E.  That Defendants be directed to withdraw from distribution all infringing products, whether in the possession of Defendants or their distributors or retailers, and that all infringing products or materials be impounded or destroyed;

  F.  F or monetary damages in an amount according to proof;

  G.  For interest on said damages at the legal rate from and after the date such damages were incurred;

  H.  That this is an exceptional case and for an award of Sonix's attorney fees and costs;

  I.  F or such other relief as the Court may deem just and proper.

## DEMANDFORJURYTRIAL

Plaintiff Sonix hereby demands a jury trial as to all issues that are so triable.

Respectfully submitted,

Dated this 18th day of March, 2013   __/s/ Paul G. Juettner_____
Kevin W. Guynn
Paul G. Juettner
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
pjuettner@gbclaw.net
jgaudio@gbclaw.net

*Counsel for Sonix Technology Co., Ltd.*

*Of Counsel:*

Joseph S. Wu
USAsia Law, Inc.
5670 La Jolla Blvd.
La Jolla, CA 92037

(858) 454-8588 (telephone)
(858) 454-4314 (facsimile)
jwu@usasialaw.com

   *and*

Jonathan Hangartner
X-Patents, APC
5670 La Jolla Blvd.
La Jolla, CA 92037

(858) 454-4313 Telephone
(858) 454-4314 Facsimile
jon@x-patents.com