# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SONIX TECHNOLOGY CO., LTD.,

Plaintiff(s),

v.

PUBLICATIONS INTERNATIONAL, LTD.,
SD-X INTERACTIVE, INC.,
ENCYCLOPAEDIA BRITANNICA, INC., and
HERFF JONES, INC.,

Defendant(s).

Case No. 13-cv-2082
Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendants' motion for summary judgment that the '854 Patent is invalid for indefiniteness is granted and Defendants' motion for summary judgment regarding noninfringement and pre-suit damages is denied as moot. Defendants' affirmative defense and counterclaim of invalidity is granted and Defendants' counterclaim of non-infringement is dismissed as moot. Plaintiff's claims for infringement of the '845 Patent and alter ego liability are dismissed as moot.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion for summary judgment.

Date: 12/8/2015                                       Thomas G. Bruton, Clerk of Court

                                                                         Katie Franc, Deputy Clerk