# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

SONIX TECHNOLOGY CO., LTD.,

Plaintiff(s),

v.

PUBLICATIONS INTERNATIONAL, LTD.,
SD-X INTERACTIVE, INC.,
ENCYCLOPAEDIA BRITANNICA, INC., and
HERFF JONES, INC.,

Defendant(s).

Case No.  13-cv-2082
Judge Amy J. St. Eve

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: Defendants' motion for summary judgment that the '845 Patent is invalid for indefiniteness is granted and Defendants' motion for summary judgment regarding noninfringement and pre-suit damages is denied as moot.  Defendants' affirmative defense and counterclaim of invalidity is granted and Defendants' counterclaim of non-infringement is dismissed as moot.  Plaintiff's claims for infringement of the '845 Patent and alter ego liability are dismissed as moot.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion for summary judgment.

Date:   12/8/2015                           Thomas G. Bruton, Clerk of Court

                                             Katie Franc, Deputy Clerk