# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SONIX TECHNOLOGY CO., LTD., | ) |
| Plaintiff, | ) Case No. 13-cv-2082 |
| v. | ) |
| | ) **Honorable Amy St. Eve** |
| PUBLICATIONS INTERNATIONAL, LTD., | ) |
| SD-X INTERACTIVE, INC., | ) **Magistrate Judge Jeffrey Cole** |
| ENCYCLOPAEDIA BRITANNICA, INC., and | ) |
| HERFF JONES, INC. | ) |
| | ) JURY DEMANDED |
| Defendants. | ) |

## **NOTICE OF APPEAL**

**NOTICE** is hereby given that Plaintiff, Sonix Technology Co., Ltd. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Amended Judgment entered in this action on December 8, 2015 (ECF No. 217), and each and every part thereof.

Dated this 6th day of January 2016.    Respectfully submitted,

/s/ Steven P. Fallon

Steven P. Fallon
Kevin W. Guynn
Paul G. Juettner
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
sfallon@gbclaw.net
kguynn@gbclaw.net
pjuettner@gbclaw.net
jgaudio@gbclaw.net

Counsel for Sonix Technology Co., Ltd.

*Of Counsel:*

Joseph S. Wu
USAsia Law, Inc.
5670 La Jolla Blvd.
La Jolla, CA 92037
(858) 454-8588 (telephone)
(858) 454-4314 (facsimile)
jwu@usasialaw.com

    *and*

Jonathan Hangartner
X-Patents, APC
5670 La Jolla Blvd.
La Jolla, CA 92037
(858) 454-4313 Telephone
(858) 454-4314 Facsimile
jon@x-patents.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2016, a copy of the foregoing NOTICE OF APPEAL was filed with the Court's electronic filing system and was served on counsel for all parties in the case.

By: /s/ Steven P. Fallon

Steven P. Fallon